1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR 97-0237-PHX-ROS |
|---|---|---|
| Plaintiff-Respondent, | ) ) | CV 04-0438-PHX-ROS |
| v. | ) ) | **ORDER** |
| Louise Marie Clark, | ) ) ) | |
| Defendant-Petitioner. | ) ) ) | |

On March 2, 2004, Petitioner filed a Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. §2255 (Doc. #1212). On April 27, 2005, Magistrate Judge Edward C. Voss issued a Report and Recommendation (R&R) (Doc. #1278) stating that Petitioner's Motion should be denied. On May 11, 2005, Petitioner filed her Objection to the R&R. For the following reasons, Petitioner's Motion will be denied and the R&R will be adopted.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District

1 courts are not required to conduct "any review at all . . . of any issue that is not the subject
2 of an objection."  Thomas v. Arn, 474 U.S. 140, 149 (1985).

3      In her Objection, Plaintiff argues ineffective assistance of counsel for the reasons set
4 forth in her §2255 motion.  The Court has reviewed Plaintiff's motion and objections and the
5 Magistrate Judge's R&R and concludes that the Magistrate Judge's R&R is correct.
6 Plaintiff's claim is unsupported by the record.

7      Plaintiff also argues that since the aggravating factors, amount of loss, and amount of
8 restitution were not found by a jury her sentence should be vacated and the case should be
9 remanded for sentencing by a jury.  The Magistrate Judge's R&R concludes that since
10 Blakely v. Washington, 542 U.S. 296 (2004) is not retroactive, such relief is not available to
11 Plaintiff.  The R&R is correct.

12      Accordingly,

13      **IT IS ORDERED THAT** Plaintiff's Motion to Vacate, Set Aside or Correct Sentence
14 under 28 U.S.C. §2255 (Doc. #1212) is **DENIED**.

15      **IT IS FURTHER ORDERED THAT** the Magistrate Judge's Report and
16 Recommendation (Doc. #1278) is **ADOPTED**.

17      DATED this 29th day of March, 2007.

_____
Roslyn O. Silver
United States District Judge